Marcus Leinart
State Bar No. 00794156
Leinart Law Firm
11520 N. Central Exprwy, Ste 212
Dallas, TX 75243
469.232.3328 Phone
214.221.1755 Fax
ATTORNEY FOR DEBTORS

### IN THE UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

IN RE:

| | |
|---|---|
| IZISHILL BOLDON, JR  XXX-XX-4333 | Case No. 15-43536-MXM-13 |
| LATANYA ACY BOLDON  XXX-XX-9495 | |
| | Chapter 13 |
| Address:5612 BAY CLUB DRIVE | |
| Address:  ARLINGTON, TX 76013 | |
| Debtor(s) | Judge MARK X. MULLIN |

### DEBTOR'S MODIFICATION OF CHAPTER 13 PLAN POST-CONFIRMATION

### MODIFICATION DATE: March 15, 2018

Language in italicized type in this *Plan Modification* shall be as defined in the General Order 2017-01, Standing Order Concerning Chapter 13 Cases and as it may be superseded or amended (General Order). All provisions of the General Order shall apply to this *Plan Modification* as if fully set out herein.

Pursuant to 11 U.S.C. §1329 the *Debtor* requests the following modification(s) to the *Debtor's* original or last modified Chapter 13 *Plan*.

### SECTION I
### HISTORY OF THE CASE

A. Total Paid In (Received to Date):        $ 55,720.00
   Amount Due to be Current:                $1,870.00
   *Base Amount* (Current):                  $ 85,640.00

   **Date of Calculation for Modification:**  March 8, 2018

B. Current *Plan Payment* to *Trustee* Amounts and Term:

   | Start Date | Number Periods | Amount |
   |---|---|---|
   | 10/01/2015 | 12 | $1,510.00 |
   | 10/01/2016 | 1 | $27,100.00 |
   | 11/01/2016 | 8 | $775.00 |
   | 07/01/2017 | 39 | $935.00 |

## SECTION II
## MODIFICATION

A. Reason for modification **(MUST BE COMPLETED)**

   __X_____ (1) To cure *Plan* arrears to the *Trustee*.
   __X_____ (2) To provide or modify treatment for Secured, Priority or Unsecured claim

not previously provided.
   _____ (3) To provide for payment to the *Mortgage Lender* through the Conduit Program.
   _____ (4) To make *Plan* sufficient (based on allowed claims).
   _____ (5) To modify the Unsecured Creditors' Pool from $_____ to $_____.
   _____ (6) To modify the value of non-exempt property from $_____ to $_____.
   _____ (7) To set aside Interlocutory Order.
   __X_____ (8) Other: Clients sold property, amending plan to remove house

B. New *Plan Payment* to *Trustee* Amount and Term:

The plan payment amount will be changed to $575.00 PER MONTH TO THE TRUSTEE:

| *Start Date | Number Periods | Amount |
|---|---|---|
| 04/01/2018 | 30 | $575.00 |

NEW *BASE AMOUNT*: $72,970.00_____

*DEBTOR'S* NEW PAYMENT START DATE MAY NOT BE MORE THAN THIRTY (30) DAYS FROM THE DATE OF THIS *PLAN MODIFICATION*.

C. BRINGING THE DEBTOR INTO THE CONDUIT PROGRAM (IN CASES FILED ON OR AFTER OCTOBER 1, 2016)

| MORTGAGEE | # OF PAYMENTS PAID BY TRUSTEE | CURRENT POST-PETITION MORTGAGE PAYMENT AMT. | FIRST CONDUIT PAYMENT DUE DATE (MM-DD-YY) |
|---|---|---|---|
| | | | |

**AND** PROVIDE FOR ANY POST-PETITION MORTGAGE ARREARAGE:

| MORTGAGEE | TOTAL AMT. | DUE DATE(S) (MM-DD-YY) | % | TERM (MONTHS__TO__) | APPROXIMATE | TREATMENT |
|---|---|---|---|---|---|---|
| | | | | | | |

The *Post-Petition Mortgage Arrearage* shall be paid by the *Trustee* in the allowed amount and at the rate of interest, if any, set out in this *Plan Modification*. To the extent interest is provided, it will be calculated from the date of the approval of this *Plan Modification*.

D. PROVIDE FOR OR MODIFY TREATMENT OF SECURED CLAIMS TO:

| P/M | Creditor Name | Claim Amount | Descr. of Collateral | Value | Int. Rate | Treatment ($/Mo; Pro Rata; Dir.; Surr) |
|---|---|---|---|---|---|---|
| M | Bank of America | $111,729.13 | 4107 Bent Oaks Dr, Arlington, TX 76001 | $101,365.00 | ____% | Surr |

The automatic stay shall be terminated and the *Trustee* shall cease disbursements on any secured claim which is secured by the *Surrendered Collateral* (Surr), without further order of the court, pursuant to General Order 2016-01, paragraph 8.

E. PROVIDE FOR OR MODIFY TREATMENT OF PRIORITY CLAIMS TO:

| P/M | Creditor Name | Claim Amount | Treatment ($/Mo; Pro Rata) |
|---|---|---|---|

F. *Debtor's Counsel* fee for this modification:

Total amount of $400.00, of which $400.00 will be disbursed by the *Trustee* according to the Order of Payment set out in the confirmed *Plan* or last subsequently approved *Plan Modification.*

## SECTION III

**ALL OTHER PROVISIONS AS SET FORTH IN THE LAST CONFIRMED *PLAN* OR SUBSEQUENTLY APPROVED *PLAN MODIFICATION* REMAIN THE SAME.**

Date: March 15, 2018          /s/ Marcus Leinart_____
                              Marcus Leinart
                              State Bar No. 00794156
                              Leinart Law Firm
                              11520 N. Central Exprwy, Ste 212
                              Dallas, TX 75243
                              469.232.3328 Phone
                              214.221.1755 Fax
                              ATTORNEY FOR DEBTORS

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a copy of the foregoing DEBTOR'S MODIFICATION OF CHAPTER 13 PLAN AFTER CONFIRMATION was served upon the Debtor(s) and the parties listed below by or under the direction of the undersigned by United States First Class Mail, postage paid, and electronically by the Clerk and all other parties entitled to electronic notice on the date of filing hereof: (List)

Dated:  March 15, 2018                    /s/  Marcus Leinart