Marcus Leinart
State Bar No. 00794156
Leinart Law Firm
11520 N. Central Exprwy, Ste 212
Dallas, TX 75243
469.232.3328 Phone
214.221.1755 Fax
ATTORNEY FOR DEBTORS

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:

IZISHILL BOLDON, JR  XXX-XX-4333   Case No. 15-43536-MXM-13
LATANYA ACY BOLDON  XXX-XX-9495

Chapter 13

Address: 5612 BAY CLUB DRIVE
Address:  ARLINGTON, TX 76013
 Debtor(s)    Judge MARK X. MULLIN

**DEBTOR'S MODIFICATION OF CHAPTER 13 PLAN POST-CONFIRMATION**

**MODIFICATION DATE: August 14, 2018**

Language in italicized type in this *Plan Modification* shall be as defined in the General Order 2017-01, Standing Order Concerning Chapter 13 Cases and as it may be superseded or amended (General Order). All provisions of the General Order shall apply to this *Plan Modification* as if fully set out herein.

Pursuant to 11 U.S.C. §1329 the *Debtor* requests the following modification(s) to the *Debtor's* original or last modified Chapter 13 *Plan*.

**SECTION I**
**HISTORY OF THE CASE**

A. Total Paid In (Received to Date):   $     58,020.00
   Amount Due to be Current:            $_____
   *Base Amount* (Current):             $     73,545.00

**Date of Calculation for Modification:** August 14, 2018

B. Current *Plan Payment* to *Trustee* Amounts and Term:

| Start Date | Number Periods | Amount |
|---|---|---|
| 10/01/2015 | 12 | $1,510.00 |
| 10/01/2016 | 1 | $27,100.00 |
| 11/01/2016 | 3 | $775.00 |
| 07/01/2017 | 9 | $935.00 |
| 04/01/2018 | 30 | $575.00 |

**SECTION II**
**MODIFICATION**

A. Reason for modification **(MUST BE COMPLETED)**

   __X_____ (1) To cure *Plan* arrears to the *Trustee* through **(MONTH//DAY/YEAR)**.
   _____ (2) To provide or modify treatment for Secured, Priority or Unsecured claim
               not previously provided.
   _____ (3) To provide for payment to the *Mortgage Lender* through the Conduit Program.
   _____ (4) To make *Plan* sufficient (based on allowed claims).
   _____ (5) To modify the Unsecured Creditors' Pool from $_____ to $_____.
   _____ (6) To modify the value of non-exempt property from $_____ to $_____.
   _____ (7) To set aside Interlocutory Order.
   _____ (8) Other:
   _____
   _____

B. New *Plan Payment* to *Trustee* Amount and Term:

   The plan payment amount will be changed to $ (new monthly pmt. amt.) PER MONTH TO THE TRUSTEE:

   | *Start Date | Number Periods | Amount |
   |---|---|---|
   | 09/01/2018 | 3 | $575.00 |
   | 12/01/2018 | 22 | $595.00 |

   NEW *BASE AMOUNT*:  $ 72,835.00 _____

   *****DEBTOR'S* NEW PAYMENT START DATE MAY NOT BE MORE THAN THIRTY (30) DAYS FROM THE DATE OF THIS *PLAN MODIFICATION*.

C. BRINGING THE DEBTOR INTO THE CONDUIT PROGRAM (IN CASES FILED ON OR AFTER OCTOBER 1, 2016)

D.   PROVIDE FOR OR MODIFY TREATMENT OF SECURED CLAIMS TO:

E.   PROVIDE FOR OR MODIFY TREATMENT OF PRIORITY CLAIMS TO:

F. *Debtor's Counsel* fee for this modification:

   Total amount of $0.00, of which $0.00 will be disbursed by the *Trustee* according to the Order of Payment set out in the confirmed *Plan* or last subsequently approved *Plan Modification*.

## SECTION III

**ALL OTHER PROVISIONS AS SET FORTH IN THE LAST CONFIRMED *PLAN* OR SUBSEQUENTLY APPROVED *PLAN MODIFICATION* REMAIN THE SAME.**

Date:  August 14, 2018         /s/ Marcus Leinart_____
                                          Marcus Leinart
                                          State Bar No. 00794156
                                          Leinart Law Firm
                                          11520 N. Central Exprwy, Ste 212
                                          Dallas, TX 75243
                                          469.232.3328 Phone
                                          214.221.1755 Fax
                                          ATTORNEY FOR DEBTORS

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a copy of the foregoing DEBTOR'S MODIFICATION OF CHAPTER 13 PLAN AFTER CONFIRMATION was served upon the Debtor(s) and the parties listed below by or under the direction of the undersigned by United States First Class Mail, postage paid, and electronically by the Clerk and all other parties entitled to electronic notice on the date of filing hereof: (List)

Dated:  August 14, 2018                                                                         */s/*  Marcus Leinart